IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SYLVESTER BROWN, | |
| Petitioner. | |
| v. | Criminal Action Number 3:02CR292<br>Civil Action Number 3:04CV200 |
| UNITED STATES OF AMERICA | |
| Respondent. | |

## **FINAL ORDER**

THIS MATTER is before the Court on Sylvester Brown's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Upon due consideration, and for the reasons set forth in the accompanying Memorandum Opinion, Petitioner's Motion is hereby DENIED.

Petitioner is reminded that he may appeal this Order but he must do so within thirty (30) days after entry of the Order. Any appeal must proceed in accordance with Rule 22 of the Rules of Appellate Procedure and 28 U.S.C. § 2253.

Let the Clerk send a copy of this Order to Mr. Brown and counsel for the United States.

It is SO ORDERED.

/s/ James R. Spencer
JAMES R. SPENCER
UNITED STATES DISTRICT JUDGE

APR 18, 2005
DATE